UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN K. TOOLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSEVILLE POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0476 CKD P<br><br><br>ORDER |

　　　　By order filed June 2, 2016, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　　Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Plaintiff has consented to Magistrate Judge jurisdiction to conduct all proceedings in this action.

////

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 | <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 | Dated: August 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 | 2 / tool0476.fta.nca